# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Disaled Patriots of America, Inc. Et al,

    Plaintiff(s),                   JUDGMENT IN A CIVIL CASE

vs.                                     3:08cv542

Starwood Hotels & Resorts Worldwide, Inc. Et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 5/26/2009 Order.

                                                     Signed: May 26, 2009

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court